# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

**CASE NO. ____**

Debtor **Eric Stephen Gwinn**    SS# **xxx-xx-7700**    Median Income   ☒ Above   ☐ Below

Joint Debtor    SS# _____

Address **504 Crepe Myrtle Ct Gulfport, MS 39501-0000**

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. The treatment of ALL secured / priority debts must be provided for in this plan.**

## PAYMENT AND LENGTH OF PLAN

The plan period shall be for a period of __60__ months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A)   Debtor shall pay $ __319.52__ per **semi-monthly** to the Chapter 13 Trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

> **DFAS - CL/JFLP**
> **1240 E 9th St**
> **Cleveland OH**
> **44199-0000**

(B)   Joint Debtor shall pay $ ____ per **(monthly / semi-monthly / weekly / bi-weekly )** to the Chapter 13 Trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

## PRIORITY CREDITORS.

Filed claims that are not disallowed to be paid in full or as ordered by the Court as follows:

| | | | |
|---|---|---|---|
| Internal Revenue Service: | $ **0.00** | @ **0.00** | /month |
| Mississippi Dept. of Revenue: | $ **0.00** | @ **0.00** | /month |
| Other/ _____ | $ **0.00** | @ **0.00** | /month |

### DOMESTIC SUPPORT OBLIGATION DUE TO:

**Mahala Mullins, PO Box 26, Meadow Bridge, WV 25976**

POST PETITION OBLIGATION: In the amount of $ **550.00** per month beginning __August 2014__.

To be paid _____ direct, __X__ through payroll deduction, or _____ through the plan.

**-NONE-**

PRE-PETITION ARREARAGE: In the total amount of $ through shall be paid the amount of $ per month beginning

To be paid _____ Direct _____ through payroll deduction _____ through the plan.

## HOME MORTGAGES.
All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.

MTG PMTS TO: **-NONE-** BEGINNING _____ @$ _____ PLAN DIRECT

MTG ARREARS TO: **-NONE-** THROUGH _____ $ _____ @$ _____ /MO*

(*Including interest at %)

## MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:

Creditor: **-NONE-**    Approx. amt. due: _____    Int. Rate: _____

Property Address: _____ Are related taxes and/or insurance escrowed   Yes    No

## NON-MORTGAGE SECURED CLAIMS.
Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of

Debtor's Initials **EG**   Joint Debtor's Initials _____      CHAPTER 13 PLAN, PAGE 1 OF 2

the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| -NONE- | | | | | % | |

*The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| USA Discounters Credit | Furniture | 6,657.00 | Surrender. |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

| CREDITOR'S NAME | APPROX. AMT. OWED | CONTRACTUAL MO. PMT. | PROPOSED TREATMENT |
|---|---|---|---|
| AES | 4,709.00 | | Co-Signer to make regular ongoing monthly payments. |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:   -NONE-

**GENERAL UNSECURED DEBTS** totaling approximately $  31,307.70  . Such claims must be timely filed and not disallowed to receive payment as follows:   X   IN FULL (100%) or ____% (percent) MINIMUM, or a total distribution of $____, with the Trustee to determine the percentage distribution. **Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.**

Total Attorney Fees Charged $  3,200.00
Attorney Fees Previously Paid $  0.00
Attorney fees to be paid in plan $  3,200.00

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

Automobile Insurance Co/Agent

Telephone/Fax

Attorney for Debtor (Name/Address/Phone # / Email)
**Thomas C. Rollins, Jr. 103469**
**P.O. Box 627**
**Ridgeland, MS 39158-0627**

Telephone/Fax   **601-500-5533**
Facismile No.   **600-500-5296**
E-mail Address   **trollins@therollinsfirm.com**

DATE:  **August 29, 2014**

DEBTOR'S SIGNATURE        **/s/ Eric Stephen Gwinn**
JOINT DEBTOR'S SIGNATURE
ATTORNEY'S SIGNATURE        **/s/ Thomas C. Rollins, Jr.**